Case 2:16-cr-00256   Document 121   Filed on 06/23/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff | § § § | |
| VS. | § § | CRIMINAL ACTION NO. 2:16-CR-256-2 |
| MARGARITA ZAMORA,<br>  Defendant. | § § § | |

## ORDER

Defendant Margarita Zamora has filed a Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1) (D.E. 120), wherein she moves the Court to reduce her sentence to time served and/or order her release to home confinement because her underlying medical conditions (Type 2 diabetes mellitus with diabetic neuropathy, hypertension, hyperlipidemia, and liver disease) make her particularly vulnerable to severe illness or death should she contract COVID-19 while in prison. She has offered medical records in support of her motion and a copy of the warden's denial of her request for compassionate release; however, the Court has no information regarding her conduct while in prison.

Defendant is hereby **ORDERED** to provide the Court with a current copy of her prison disciplinary history.

The Government is further **ORDERED** to respond to Defendant's motion not later than (7) days after she supplements the record, indicating any opposition thereto.

ORDERED this 23rd day of June, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE